**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JAMES B. BOLES, Liquidation Trust Representative of the enivid, inc. Liquidation Trust,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW J. FILIPOWSKI,<br>PAUL HUMENANSKY,<br>MICHAEL CULLINANE and<br>JUDE SULLIVAN,<br><br>    Defendants. | Case No. 05-CV-10675-PBS |

**NOTICE OF APPEARANCE**

Please enter my appearance as counsel for the plaintiff James B. Boles, Liquidation Representative of the enivid, inc. Liquidation Trust.

>    /S/Charles P. Kindregan       
> Charles P. Kindregan (BBO#554947)
> Looney & Grossman, LLP
> 101 Arch Street
> Boston, MA  02110
> Telephone:    (617) 951-2800
> Facsimile:    (617) 951-2819
> Email: ckindregan@lgllp.com

April 15, 2005