## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES B. BOLES, Liquidation Trust Representative of the enivid, inc. Liquidation Trust,<br><br>        Plaintiff,<br><br>v.<br><br>ANDREW J. FILIPOWSKI, PAUL HUMENANSKY, MICHAEL CULLINANE and JUDE SULLIVAN,<br><br>        Defendants. | Case No. 05-CV-10675-PBS |

## MOTION FOR ADMISSION OF
## COUNSEL TO PRACTICE PRO HAC VICE

Charles P. Kindregan ("Kindregan"), a member of the law firm of Looney & Grossman, LLP, and an attorney duly admitted to practice in the United States District Court for the District of Massachusetts, hereby moves this Court, pursuant to Local Rule 83.5.3 to admit the following counsel to appear and practice before this Court in the above-captioned case and all related proceedings: Michael D. Warner, Lewis T. Stevens, Jeffrey R. Erler, Rafael A. Declet, Jr., and Kenneth C. Greene, Jr..

In support of this motion, Kindregan respectfully submits:

    1.    The above-referenced counsel are partners or associates of the law firm of Warner Stevens, L.L.P. (the "Firm"), with offices located at 1700 City Center Tower II, 301 Commerce Street, Fort Worth, Texas, 76102. The Firm concentrates its practice in the areas of bankruptcy law, debtor and creditor rights, and commercial and bankruptcy litigation. All of the attorneys have submitted Declarations confirming that they are members in good standing of the bar and admitted to practice, *inter alia*, in the State of Texas and in the United States District Court of the Northern District of Texas.

2. Declarations of each of the above-referenced counsel are attached as an Exhibit hereto.

3. Warner Stevens, L.L.P., was employed as Bankruptcy Counsel to the Official Committee of Unsecured Creditors, Special Counsel to the Examiner and Counsel to the Liquidation Trust in the related bankruptcy cases (USBC District of Mass. Case No. 03-11472). Each of the counsel for which this request is being submitted is currently admitted to appear and practice *pro hac vice* before the United States Bankruptcy Court for the District of Massachusetts.

4. The law firm of Looney & Grossman, LLP, will be assisting Warner Stevens, L.L.P., in this matter. The required filing fee for this motion is being submitted separately to the office of the Clerk with a confirmatory copy of this motion.

WHEREFORE, it is respectfully requested that this Court enter an order authorizing the above-referenced counsel to practice before this Court pro hac vice.

Date:   April 15, 2005                    Respectfully submitted,

   /S/Charles P. Kindregan_____
Charles P. Kindregan (BBO#554947)
Looney & Grossman, LLP
101 Arch Street
Boston, MA  02110
Telephone:   (617) 951-2800
Facsimile:    (617) 951-2819
Email: ckindregan@lgllp.com

## DECLARATION OF MICHAEL D. WARNER

I, Michael D. Warner, depose and state as follows:

1. I am a member in good standing of the bars in the states of California and Texas, the bar in the U.S. District Courts for the Northern and Eastern Districts of Texas, the Central, Eastern, Northern, and Southern Districts of California, the 5th and 9th Circuit Courts of Appeals, and the United States Supreme Court.

2. I submit this declaration in connection with the Motion for Admission of Counsel to Practice Pro Hac Vice, submitted herewith.

3. I am the managing partner of the law firm of Warner Stevens, L.L.P. My contact information is as follows:

> Michael D. Warner, Esq.
> Warner Stevens, L.L.P.
> 1700 City Center Tower II
> 301 Commerce Street
> Fort Worth, TX 76102
> Telephone: (817) 810-5250
> Facsimile: (817) 810-5255
> E-mail: mwarner@warnerstevens.com

4. I am not currently suspended or disbarred in any jurisdiction, and I am not involved in any pending disciplinary matters.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury in Fort Worth, Texas, on this 14th day of April, 2005.

_____
MICHAEL D. WARNER

## DECLARATION OF LEWIS T. STEVENS

I, Lewis T. Stevens, depose and state as follows:

1. I am a member in good standing of the bars in the states of Texas, Utah and California, and the bar in the U.S. District Courts for the Northern District of Texas, the District of Utah, and the Central District of California.

2. I submit this declaration in connection with the Motion for Admission of Counsel to Practice Pro Hac Vice, submitted herewith.

3. I am a partner of the law firm of Warner Stevens, L.L.P. My contact information is as follows:

>Lewis T. Stevens, Esq.
>Warner Stevens, L.L.P.
>1700 City Center Tower II
>301 Commerce Street
>Fort Worth, TX 76102
>Telephone: (817) 810-5250
>Facsimile: (817) 810-5255
>E-mail: lstevens@warnerstevens.com

4. I am not currently suspended or disbarred in any jurisdiction, and I am not involved in any pending disciplinary matters.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury in Fort Worth, Texas, on this 14th day of April, 2005.

_____
LEWIS T. STEVENS

## DECLARATION OF JEFFREY R. ERLER

I, Jeffrey R. Erler depose and state as follows:

1. I am a member in good standing of the bar in the state of Texas, and the bar in the U.S. District Courts for the Northern District of Texas, Southern District of Texas, Eastern District of Texas and District of Colorado.

2. I submit this declaration in connection with the Motion for Admission of Counsel to Practice Pro Hac Vice, submitted herewith.

3. I am an associate of the law firm of Warner Stevens, L.L.P. My contact information is as follows:

>Jeffrey R. Erler, Esq.
>Warner Stevens, L.L.P.
>1700 City Center Tower II
>301 Commerce Street
>Fort Worth, TX 76102
>Telephone: (817) 810-5250
>Facsimile: (817) 810-5255
>E-mail: jerler@warnerstevens.com

4. I am not currently suspended or disbarred in any jurisdiction, and I am not involved in any pending disciplinary matters.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury in Fort Worth, Texas, on this 14th day of April, 2005.

JEFFREY R. ERLER

## DECLARATION OF RAFAEL A. DECLET, JR.

I, Rafael A. Declet, Jr., depose and state as follows:

1. I am a member in good standing of the bars in the states of Texas and New York and the District of Columbia, and the bar in the United States District Courts for the Northern District of Texas, Southern District of New York and Eastern District of New York.

2. I submit this declaration in connection with the Motion for Admission of Counsel to Practice Pro Hac Vice, submitted herewith.

3. I am an associate of the law firm of Warner Stevens, L.L.P. My contact information is as follows:

> Rafael A. Declet, Jr., Esq.
> Warner Stevens, L.L.P.
> 1700 City Center Tower II
> 301 Commerce Street
> Fort Worth, TX 76102
> Telephone: (817) 810-5250
> Facsimile: (817) 810-5291
> E-mail: rdeclet@warnerstevens.com

4. I am not currently suspended or disbarred in any jurisdiction, and I am not involved in any pending disciplinary matters.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury in Fort Worth, Texas, on this 14th day of April, 2005.

_____
RAFAEL A. DECLET, JR.

## DECLARATION OF KENNETH C. GREENE, JR.

I, Kenneth C. Greene, Jr., depose and state as follows:

1. I am a member in good standing of the bar in the state of Texas, and the bar in the U.S. District Court for the Northern District of Texas.

2. I submit this declaration in connection with the Motion for Admission of Counsel to Practice Pro Hac Vice, submitted herewith.

3. I am an associate of the law firm of Warner Stevens, L.L.P. My contact information is as follows:

> Kenneth C. Greene, Jr., Esq.
> Warner Stevens, L.L.P.
> 1700 City Center Tower II
> 301 Commerce Street
> Fort Worth, TX 76102
> Telephone: (817) 810-5250
> Facsimile: (817) 810-5264
> E-mail: kgreene@warnerstevens.com

4. I am not currently suspended or disbarred in any jurisdiction, and I am not involved in any pending disciplinary matters.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury in Fort Worth, Texas, on this 14th day of April, 2005.

_____
KENNETH C. GREENE, JR.