UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| James Boles | |
|         Plaintiff, | CIVIL ACTION |
| | NO.  05-10675-PBS |
|    v. | |
| | Adversary Proceeding No. 04-1439 |
| Andrew Filipowski, et al | |
|         Defendants. | |

### NOTICE OF INITIAL PRETRIAL CONFERENCE

SARIS, U.S.D.J.                                                    April 7, 2005

      TAKE NOTICE that the above-entitled case has been set for a Pretrial Conference on **April 29, 2005**, at **2:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts

                                                          By the Court,

                                                          _____
                                                          Robert C. Alba, Clerk
                                                          (617) 748-9175

Copies to:  All Counsel