## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of April 2005, a true and correct copy of the foregoing **ASSENTED-TO MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO WITHDRAW REFERENCE TO BANKRUPTCY COURT** and **DEFENDANTS' REPLY IN SUPPORT OF MOTION TO WITHDRAW REFERENCE TO BANKRUPTCY COURT** were served upon the parties listed below *via* United States First Class Mail, properly addressed and postage prepaid.

/s/ Joel G. Chefitz

**Warner Stevens, LLP**
**Michael D. Warner, Esq.**
**Lewis T. Stevens, Esq.**
**Kenneth C. Greene, Jr., Esq.**
**Jeffrey R. Erler, Esq.**
**301 Commerce Street, Suite 1700**
**Fort Worth, TX 76102**
*Counsel for James B. Boles, Liquidation Trust Representative of enivid, Inc., Liquidation Trust*

**John J. Falvey, Jr., Esq.**
**Rachel S. Spooner, Esq.**
**Francis G. Kelleher, Esq.**
**GOODWIN PROCTER LLP**
**Exchange Place**
**53 State Street**
**Boston, MA 02109**
*Counsel for Jude Sullivan*

**Bruce S. Sperling**
**Thomas D. Brooks**
**SPERLING & SLATER, P.C.**
**55 West Monroe Street, Suite 3200**
**Chicago, IL 60603**
*Counsel for Andrew J. Filipowski*

**D. Ethan Jeffery**
**HANIFY & KING, P.C.**
**One Beacon Street**
**Boston, MA 02108**
*Counsel for Andrew J. Filipowski*

**Joel G. Chefitz**
**James E. Hanlon, Jr.**
**HOWREY LLP**
**321 N. Clark Street, Suite 3400**
**Chicago, IL 60610**
*Counsel for Paul Humenansky*

**Theodore T. Poulos, Esq.**
**COSTSIRILOS, TIGHE & STREICKER**
**33 n. Dearborn Street, Suite 600**
**Chicago, IL 60602**
*Counsel for Jude Sullivan*