UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| James Boles | |
|     Plaintiff, | CIVIL ACTION |
| | NO. 05-10675-PBS |
| v. | |
| Andrew Filipowski, et al | |
|     Defendants. | |

## NOTICE OF MOTION HEARING

SARIS, U.S.D.J.                                                                                                April 26, 2005

      TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re: Motion to Withdraw Reference on **April 29, 2005**, at **2:00 p.m.**., in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts**.**

**NOTE: The April 29th proceeding was originally scheduled for a pretrial conference. The Court will now also be hearing oral argument on the Motion to Withdraw Reference.**

                                                                 By the Court,

                                                   _/s/ Robert C. Alba_
                                                   Deputy Clerk

Copies to: All Counsel