UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES BOLES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | NO. 05-10675-PBS |
| ANDREW FILIPOWSKI, et al, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF APPEARANCE**

Please enter my Appearance on behalf of Andrew J. Filipowski, the defendant in the above referenced action.

Respectfully submitted,

ANDREW J. FILIPOWSKI,

By his attorneys,

_/s/ Halye Sugarman_
Daniel J. Lyne (BBO #309290)
Halye A. Sugarman (BBO #646773)

HANIFY & KING
Professional Corporation
One Beacon Street
Boston, MA 02108
(617) 423-0400

Dated: April 27, 2005

#429117