UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES BOLES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | NO. 05-10675-PBS |
| ANDREW FILIPOWSKI, et al, ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR ADMISSION OF BRUCE S. SPERLING, EUGENE J. FRETT, THOMAS D. BROOKS and ADAM P. MERRILL *PRO HAC VICE***

Defendant Andrew J. Filipowski hereby requests, pursuant to Local Rule 83.5.3(b), that his attorneys Bruce S. Sperling, Eugene J. Frett, Thomas D. Brooks and Adam P. Merrill, be admitted before this Court *pro hac vice* in the above captioned case. In support of this motion, movant respectfully states as follows:

1. Messrs. Sperling, Frett, Brooks and Merrill are members of the law firm Sperling & Slater, P.c., 55 West Monroe Street, Suite 3200, Chicago, Illinois 60603. They concentrate their practice in litigation, including securities litigation.

2. Messrs. Sperling, Frett, Brooks and Merrill are counsel to Mr. Filipowski, who is a defendant in this action, which alleges violations of the securities laws.

3.     Messers. Sperling, Frett, Brooks and Merrill are admitted to practice in, *inter alia,* the United States District court for the Northern District of Illinois. They are also members in good standing of the following courts indicated on their attached certifications.

**See Attached Certifications**

WHEREFORE, it is respectfully requested that this Court enter an order authorizing Bruce S. Sperling, Eugene J. Frett, Thomas D. Brooks and Adam P. Merrill to practice before this Court *pro hac vice.*

    Respectfully submitted,

    ANDREW J. FILIPOWSKI,

    By his attorney,

    _____
    Daniel J. Lyne (BBO #309290)
    Halye A. Sugarman (BBO #646773)

    HANIFY & KING
    Professional Corporation
    One Beacon Street
    Boston, MA 02108
    (617) 423-0400