UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES BOLES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANDREW FILIPOWSKI, et al, )<br>)<br>Defendants. )<br>) | CIVIL ACTION<br>NO. 05-10675-PBS |

**CERTIFICATE OF SERVICE**

I, Halye A. Sugarman hereby certify that on April 27, 2005 I electronically filed the following documents with the United States District Court:

1. Certification of Adam P. Merrill;
2. Certification of Bruce S. Sperling;
3. Certification of Eugene J. Frett
4. Certification of Thomas D. Brooks; and
5. Motion for Admission of Bruce S. Sperling, Eugene J. Frett, Thomas D. Brooks and Adam P. Merrill *pro hac vice*
6. Notice of Appearance of Halye A. Sugarman, Esq.

Copies of these documents were mailed, first-class mail, postage prepaid on April 27, 2005 to the following individuals:

Bruce S. Sperling, Esq.
Eugene J. Frett, Esq.
Thomas D. Brooks, Esq.
Adam P. Merrill, Esq.
Sperling & Slater
55 West Monroe St., Suite 3200
Chicago, IL  60603

Samuel Bayard Isaacson, Esq.
Piper Rudnick Gray Cary US LLP
203 North LaSalle Street  #1900
Chicago, IL 60601-1293

Joel G. Chefitz, Esq.
Howrey Simon Arnold & White, LLP
321 North Clark
Suite 3400
Chicago, IL 60610

Lawrence A. Wojcik, Esq.
Piper Rudnick Gray Cary LLP
203 N. LaSalle Street
Suite 1900
Chicago, IL 60601-1293

Francis G. Kelleher, Esq.
Goodwin Procter, LLP
Exchange Place
53 State Street
Boston, MA 02109

Charles P. Kindregan, Esq.
Looney & Grossman
101 Arch Street
Boston, MA 02110

Jeffrey R. Erler, Esq.
Warner Stevens, LLP
1700 City Center Tower II
301 Commerce Street
Fort Worth, TX 76102

Kenneth C. Greene, Jr., Esq.
Warner Stevens, LLP
1700 City Center Tower II
301 Commerce Street
Fort Worth, TX 76102

Lewis T. Stevens, Esq.
Warner Stevens, LLP
1700 City Center Tower II
301 Commerce Street
Fort Worth, TX 76102

Michael D. Warner, Esq.
Warner Stevens, LLP
301 Commerce Street
Suite 1700
Forth Worth, TX 76102

Rafael A. Declet, Jr., Esq.
Warner Stevens, LLP
1700 City Center Tower II
301 Commerce Street
Fort Worth, TX 76102

_____
Halye A. Sugarman