UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES B. BOLES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANDREW J. FILIPOWSKI, et al. )<br>)<br>Defendants. )<br>) | CIVIL ACTION<br>No. 05-10675-PBS |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

Please enter my appearance in this matter as counsel for defendant Michael P. Cullinane.

Respectfully submitted,

/s/ John A.D. Gilmore
John A.D. Gilmore  (BBO #193060)
PIPER RUDNICK LLP
One International Place
Boston, MA 02110
(617) 406-6000
Fax: (617) 406-6100
Email: john.gilmore@dlapiper.com

Dated:  April 28, 2005