UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES B. BOLES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | No. 05-10675-PBS |
| ) | |
| ANDREW J. FILIPOWSKI, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

**MOTION FOR ADMISSION OF SAMUEL B. ISAACSON, LAWRENCE A. WOJCIK AND JOSEPH COLLINS *PRO HAC VICE***

Defendant Michael P. Cullinane hereby moves this Court, pursuant to Local Rule 83.5.3(b), for an Order admitting attorneys Samuel B. Isaacson, Lawrence A. Wojcik and Joseph Collins before this Court in the above-captioned matter. In support of this motion, movant respectfully states as follows:

1. Applicants Samuel B. Isaacson, Lawrence A. Wojcik and Joseph Collins are attorneys with the law firm DLA Piper Rudnick Gray Cary US LLP, 203 N. LaSalle St., Suite 1800, Chicago, Illinois 60601. The applicants concentrate their practice in the areas of commercial litigation and securities litigation.

2. The applicants are counsel to defendant Cullinane, a former director and officer of divine, Inc. Applicants are admitted *pro hac vice* in the bankruptcy case underlying this matter. Applicants have been admitted to this court *pro hac vice* in two cases related to this one: Bobbitt v. Filipowski et al., 04-12263-PBS and Turner v. Filipowski et al., 04-12294-PBS. (On January 1, 2005, the law firm of the applicants and the undersigned changed its name from Piper Rudnick LLP to DLA Piper Rudnick Gray Cary US LLP.)

3. The applicants are each admitted to practice in, *inter alia*, the United States District Court for the Northern District of Illinois and the Illinois Supreme Court and are

- 2 -

members in good standing of the bar in every jurisdiction in which they have been admitted. The certificates required by Local Rule 83.5.3(b) are attached hereto.

4.   The undersigned is a member of the bar of this Court and is herewith filing an appearance in this action.

WHEREFORE, movant respectfully requests that this Court enter an order granting Samuel B. Isaacson, Lawrence A. Wojcik and Joseph Collins leave to practice before this Court *pro hac vice*.

                                      Michael P. Cullinane

                                      By his attorneys

Dated: April 28, 2005

/s/ John A.D. Gilmore
John A.D. Gilmore (BBO#193060)
DLA Piper Rudnick Gray Cary US LLP
One International Place
21st Floor
Boston, MA 02110-2613
Email: john.gilmore@dlapiper.com
Phone: 617-406-6000
Fax: 617-406-6100

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES B. BOLES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION |
| v. | ) No. 05-10675-PBS |
| | ) |
| ANDREW J. FILIPOWSKI, et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

## *PRO HAC VICE* CERTIFICATE OF LAWRENCE A. WOJCIK

I, Lawrence A. Wojcik, certify the following in connection with the Motion for Admission of Samuel B. Isaacson, Lawrence A. Wojcik and Joseph Collins *Pro Hac Vice* and pursuant to Local Rule 83.5.3(b):

1. I am a partner in the law firm of DLA Piper Rudnick Gray Cary US LLP. My office is located at 203 N. LaSalle Street, Suite 1900, Chicago, Illinois 60601-1293.

2. I am a member of the bar of the State of Illinois. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice, including the United States District Court for the Northern District of Illinois and the Illinois Supreme Court.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of this Court.

~BOST1:350847.v1

Signed under the pains and penalties of perjury this 28th day of April, 2005.

*[signature]*
DLA Piper Rudnick Gray Cary US LLP
203 N. LaSalle Street
Suite 1900
Chicago, IL 60601-1293
312-368-4000 (*telephone*)
312-236-7516 (*facsimile*)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES B. BOLES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANDREW J. FILIPOWSKI, et al. )<br>)<br>Defendants. )<br>) | CIVIL ACTION<br>No. 05-10675-PBS |

### *PRO HAC VICE* CERTIFICATE OF SAMUEL B. ISAACSON

I, Samuel B. Isaacson, certify the following in connection with the Motion for Admission of Samuel B. Isaacson, Lawrence A. Wojcik and Joseph Collins *Pro Hac Vice* and pursuant to Local Rule 83.5.3(b):

1. I am a partner in the law firm of DLA Piper Rudnick Gray Cary US LLP. My office is located at 203 N. LaSalle Street, Suite 1900, Chicago, Illinois 60601-1293.

2. I am a member of the bar of the State of Illinois. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice, including the United States District Court for the Northern District of Illinois and the Illinois Supreme Court.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of this Court.

Signed under the pains and penalties of perjury this 28th day of April, 2005.

_____
Samuel B. Isaacson
DLA Piper Rudnick Gray Cary US LLP
203 N. LaSalle Street
Suite 1900
Chicago, IL 60601-1293
312-368-4000 (*telephone*)
312-236-7516 (*facsimile*)

~BOST1:350846.v1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES BOLES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANDREW J. FILIPOWSKI, et al. )<br>)<br>Defendants. )<br>) | CIVIL ACTION<br>No. 05-10675-PBS |

### *PRO HAC VICE* CERTIFICATE OF JOSEPH COLLINS

I, Joseph Collins, certify the following in connection with the Motion for Admission of Samuel B. Isaacson, Lawrence A. Wojcik and Joseph Collins *Pro Hac Vice* and pursuant to Local Rule 83.5.3(b):

1. I am an attorney with the law firm of DLA Piper Rudnick Gray Cary US LLP. My office is located at 203 N. LaSalle Street, Chicago, Illinois 60601-1293.

2. I am a member of the bar of the State of Illinois. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice, including the United States District Court for the Northern District of Illinois and the Illinois Supreme Court.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of this Court.

~BOST1:350844.v1

Signed under the pains and penalties of perjury this 28th day of April, 2005.

*[signature: Joseph Collins]*

DLA Piper Rudnick Gray Cary US LLP
203 N. LaSalle Street
Suite 1900
Chicago, IL 60601-1293
312-368-4000 (*telephone*)
312-236-7516 (*facsimile*)

~BOST1:350844.v1