UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

JAMES B. BOLES,

    Plaintiff,

v.

ANDREW J. FILIPOWSKI, et al.,

    Defendants.

CIVIL ACTION NO.
05-CV-10675-PBS

---

### MOTION FOR ADMISSION OF JOEL G. CHEFITZ AND JAMES E. HANLON, JR. *PRO HAC VICE* ON BEHALF OF DEFENDANT PAUL L. HUMENANSKY

The undersigned hereby moves, pursuant to Local Rule 83.5.3(b), that Joel G. Chefitz and James E. Hanlon, Jr., be admitted before this Court *pro hac vice* in the above-captioned case as counsel for defendant Paul L. Humenansky. In support of this motion, movant respectfully states as follows:

1. Messrs. Chefitz and Hanlon are members of the law firm Howrey Simon Arnold & White, LLP, 321 North Clark, Suite 3400, Chicago, Illinois 60610. They concentrate their practices in litigation, including securities litigation.

2. Messrs. Chefitz and Hanlon are counsel to Mr. Humenansky, who is a defendant in this action, which alleges violation of the securities laws. They are admitted *pro hac vice* for this matter in the bankruptcy court, and have been admitted to this Court *pro hac vice* on behalf of Mr. Humenansky in Turner v. Filipowski, et al., 04-cv-12294-PBS.

3. Messrs. Chefitz and Hanlon are admitted to practice in, *inter alia*, the United States District Court for the Northern District of Illinois and its trial bar and the Illinois Supreme

Court. They are also members in good standing of the other courts indicated on their attached certifications.

   4. The undersigned is a member of the bar of this Court and has made an appearance in this action on behalf of defendant Michael P. Cullinane.

   WHEREFORE, it is respectfully requested that this Court enter an order authorizing Joel G. Chefitz and James E. Hanlon, Jr. to practice before this Court *pro hac vice* on behalf of defendant Paul L. Humenansky.

Dated: April 28, 2005

Respectfully submitted,
/s/ John A.D. Gilmore
John A.D. Gilmore (BBO #647666)
DLA Piper Rudnick Gray Cary US LLP
One International Place
Boston, MA 02110
Email: john.gilmore@dlapiper.com
Phone: 617-406-6000
Fax: 617-406-6100

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES B. BOLES, LIQUIDATION TRUST REPRESENTATIVE OF THE ENIVID, INC. LIQUIDATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW J. FILIPOWSKI, PAUL HUMENANSKY, MICHAEL CULLINANE and JUDE SULLIVAN,<br><br>Defendants. | )<br>)<br>)<br>) Case No. 05-CV-10675-PBS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATION OF JAMES E. HANLON, JR.

I, James E. Hanlon, Jr., certify the following in connection with the Motion to Admit Joel G. Chefitz and James E. Hanlon, Jr. *Pro Hac Vice*:

1. I am a member in good standing of the bar for the United States District Court for the Northern District of Illinois and its trial bar, the Court of Appeals for Seventh Circuit, and the State of Illinois, Supreme Court.

2. There are no disciplinary proceedings pending against me in any jurisdiction.

3. I am familiar with the Local Rules of this Court.

Dated: April 28, 2005

                                      /s/ James E. Hanlon, Jr.
                                      James E. Hanlon, Jr.
                                      Howrey, LLP
                                      321 North Clark, Suite 3400
                                      Chicago, IL 60610
                                      (312) 595-1239

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES B. BOLES, LIQUIDATION TRUST REPRESENTATIVE OF THE ENIVID, INC. LIQUIDATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW J. FILIPOWSKI, PAUL HUMENANSKY, MICHAEL CULLINANE and JUDE SULLIVAN,<br><br>Defendants. | Case No. 05-CV-10675-PBS |

### CERTIFICATION OF JOEL G. CHEFITZ

I, Joel G. Chefitz, certify the following in connection with the Motion to Admit Joel G. Chefitz and James E. Hanlon, Jr. *Pro Hac Vice*:

1. I am a member in good standing of the bar for, among others, the United States Supreme Court, the Illinois Supreme Court, the United States District Court for the Northern District of Illinois and its trial bar, and the United States Courts of Appeals for the Second, Third, Fourth, Fifth, Seventh, Ninth, D.C., and Federal Circuits.

2. There are no disciplinary proceedings pending against me in any jurisdiction.

3. I am familiar with the Local Rules of this Court.

Dated: April 28, 2005

_____
Joel G. Chefitz
Howrey, LLP
321 North Clark, Suite 3400
Chicago, IL 60610
(312) 595-1239

DM_US\8197204.v1